IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | CRIMINAL ACTION NO. |
| v. : | 1:13-cr-0128-AT-AJB-1 |
| : | |
| ARTURO ROJAS-COYOTL, : | |
| : | |
| Defendant. : | |

# **ORDER**

    This case is before the Court upon the Report and Recommendation of the Magistrate Judge [Doc. 119]. The Magistrate Judge recommended that the Defendant's Motion to Suppress Evidence [Doc. 59] and Motion to Suppress Identifications [Doc. 90] be denied. The Magistrate Judge also recommends that the Government's unopposed Motion to Dismiss Count Seven [Doc. 101] as to Defendant Rojas-Coyotl be granted.

    The Court notes that no objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) the Court has reviewed the Magistrate's Recommendation for clear error, and finds none. Accordingly, the Court **ADOPTS** the Magistrate's Report and Recommendation as the opinion of this Court.

For the reasons stated in the Magistrate's Report and Recommendation, the Court **DENIES** Defendant's Motion to Suppress Evidence [Doc. 59] and Motion to Suppress Identifications [Doc. 90] and **GRANTS** the Government's Motion to Dismiss Count Seven [Doc. 101] as to Defendant Rojas-Coyotl.

It is so **ORDERED** this 13th day of May, 2014.

_____
Amy Totenberg
United States District Judge